UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NIXON BOLIVAR RIVERA FLORES

    Petitioner,

v.                                              Case No. 5:23-cv-227/TKW/MAL

BARRY WINGFIELD,
WARDEN F.C.I. MARIANNA

    Respondent.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 12). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because it is moot with respect to the ICE hearing and because Petitioner did not exhaust his administrative remedies regarding the denial of First Step Act credits. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED as moot and for failure to exhaust administrative

remedies.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 16th day of February, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**